UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE DEL CORSO, | No. 2:20-cv-01099 AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Plaintiff filed this Social Security case on June 6, 2020. ECF No. 1. That same day, plaintiff was informed that this action would be stayed pursuant to General Order Number 615, and there would be no scheduling order or deadlines in effect pending further order of the court. ECF No. 3. Defendant has not been served and consent/decline forms have not been submitted.

The court recognizes that the issuance of the stay and the requirements of service and submission of consent/decline forms appears contradictory. Nonetheless, in order to efficiently move social security cases forward as stays are lifted, the appearance of defendant and the submission of the Consent/Decline form is still required while the stay is in place.

Accordingly, the Clerk of Court is ORDERED to issue Consent/Decline forms and the documents necessary for service of process.

////

1 | Plaintiff is ORDERED to serve defendant and submit proof of service by November 11,
2020.  The parties are further ORDERED to submit their Consent/Decline form no later than
December 2, 2020.  The case remains otherwise stayed.

IT IS SO ORDERED.

DATED: October 22, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE