UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE DEL CORSO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  2:20-cv-01099 AC<br><br><br>ORDER |

On June 22, 2021, this court issued a scheduling order giving plaintiff 45 days to file her motion for summary judgment.  ECF No. 13.  That deadline has now passed, and plaintiff has not filed the anticipated motion.  Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why her failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute.

DATED: October 12, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE