PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Regional Chief Counsel
CAROL S. CLARK
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4183
    Facsimile: (415) 744-0134
    Carol.S.Clark@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE DEL CORSO, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:20-cv-01099-AC <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO FILE DEFENDANT'S RESPONSIVE BRIEF |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a 60-day extension of time to respond to Plaintiff's Motion for Summary Judgment, extending the date on which Defendant's responsive brief is due from February 11, 2022, to April 12, 2022. This is Defendant's second request for an extension to file the responsive brief. On December 3, 2021, this Court granted Defendant's Motion for a 63-day extension of time to file a responsive brief (docs. 18, 19).

Defendant requests this extension in good faith and for good cause. The lead attorney of record is currently on extended leave and is unable to brief the case by the current due date. The Commissioner anticipated that the lead attorney would return to the office prior to the current response date, but recently learned that the lead attorney would be on extended leave. We anticipate that the lead attorney will return to the office prior to March 28, 2022, and will be able to respond to Plaintiff's brief by April 12, 2022. The Commissioner respectfully requests this additional time to accommodate the lead attorney's unplanned extended absence or alternatively, to reassign the matter to another attorney.

Due to the overall volume of work within the Commissioner's Region IX Office of General Counsel, neither the undersigned attorney or another attorney in the Region IX Office anticipate being able to review and respond to Plaintiff's letter brief by the current due date. Current staffing limitations caused by planned and unplanned leave of multiple attorneys make immediate reassignment impractical. Accordingly, the Commissioner respectfully requests an extension of 60 days, until April 12, 2022, to respond to Plaintiff's opening brief.

This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: February 10, 2022

*/s/ Kelsey Brown*
KELSEY BROWN
Attorney for Plaintiff
(as approved via email on February 8, 2022)

PHILLIP A. TALBERT
United States Attorney

DATE: February 10, 2022    By    */s/ Carol S. Clark*
CAROL S. CLARK
Special Assistant United States Attorney (on behalf of lead attorney Ellinor Coder)
Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

DATE: February 10, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE