PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4814
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JULIE DEL CORSO,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:20-cv-01099-AC (SS)<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920; [~~PROPOSED~~] ORDER** |

WHEREAS Plaintiff filed a Motion for Attorneys Fees and Expenses Under the Equal Access to Justice Act ("Motion," Doc. 25) seeking an order for $8,116.29 in fees and costs in the amount of $400.00;

WHEREAS the parties have met and conferred and agreed to resolve Plaintiff's motion by stipulation;

WHEREAS Plaintiff agrees to withdraw as moot her Motion;

EAJA Stip.    -1-

1   IT IS HEREBY STIPULATED by and between the parties through their undersigned
2 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and
3 expenses in the amount $7,000.00 (SEVEN THOUSAND dollars and NO cents) under the Equal
4 Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of $400.00 (FOUR
5 HUNDRED dollars and NO cents) under 28 U.S.C. § 1920.  This amount represents
6 compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with
7 this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).
8   After the Court issues an order for EAJA fees to Plaintiff, the government will consider
9 the matter of Plaintiff's assignment of EAJA fees to counsel (Doc. 25-2).  Pursuant to *Astrue v.*
10 *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor any assignment will depend on whether the
11 fees are subject to any offset allowed under the United States Department of the Treasury's
12 Offset Program.  After the order for EAJA fees is entered, the government will determine
13 whether they are subject to any offset.
14   Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
15 that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees,
16 expenses and costs to be made directly to counsel, pursuant to the assignment executed by
17 Plaintiff.  Any payments made shall be delivered to counsel.
18   This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
19 attorney fees, and does not constitute an admission of liability on the part of Defendant under the
20 EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and
21 bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may have relating
22 to EAJA attorney fees or costs in connection with this action.
23   This award is without prejudice to the rights of counsel and/or counsel's firm to seek
24 Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause
25 provisions of the EAJA.

27 Dated:  October 11, 2022         */s/ Kelsey Mackenzie Brown\**
                                    KELSEY MACKENZIE BROWN

EAJA Stip.                                   -2-

                                                Attorney for Plaintiff
                                                *Authorized via e-mail on Oct. 11, 2022

                                                PHILLIP A. TALBERT
                                                United States Attorney
                                                MATHEW W. PILE
                                                Associate General Counsel
                                                Social Security Administration

                                    By:    /s/ *Ellinor R. Coder*
                                                ELLINOR R. CODER
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

## [~~PROPOSED~~] ORDER

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,000.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation. Plaintiff's motion filed on September 15, 2022 is denied as moot.

DATED: October 11, 2022

                                                ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE